USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
CHRISHANTHI SQUIRES,                :    03 Civ. 6623 (LAP)
                                    :
                Plaintiff,          :    ORDER
                                    :
        v.                          :
                                    :
GAYLE GEORGE, et al.,               :
                                    :
                Defendants.         :
                                    :
- - - - - - - - - - - - - - - - - -X
```

LORETTA A. PRESKA, U.S.D.J.

There having been no recent activity in the above captioned case, it is hereby ordered that the action is dismissed without prejudice for failure to prosecute. The Clerk of the Court shall mark the action closed and dismiss all pending motions as moot.

DATED:    New York, New York
          February 22, 2008

                                   _____
                                   LORETTA A. PRESKA, U.S.D.J.